IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

J.C. PENNEY CORPORATION, INC.
formerly known as J.C. PENNEY COMPANY, INC.
and Chris Calise,

    Defendants/Petitioners,

v.

FOREST COMBS and BETTY COMBS,

    Plaintiffs/Respondent.

_____/

Notice of Removal
Civil Action No.

3:03-cv-563-J-25HTS

(Circuit Court
Case No. 02-412-CA)

03-272-CA

## J.C. PENNEY CORPORATION, INC.'S PETITION FOR REMOVAL

Petitioners, J.C. Penney Corporation, Inc. and Chris Calise, through their undersigned counsel and pursuant to Title 28 U.S.C. §§1332, 1441 and 1446, hereby move this Court for an order granting removal of this case, and as grounds therefor would show as follows:

1. On or about August 18, 2002, an action was commenced against the Petitioner in the Circuit Court of Columbia County, Florida, styled _Forest and Betty Combs, Plaintiffs v. J.C.Penney Corporation, Inc, Defendant_ Case No.: 02-412-CA. A Summons and Complaint were served upon Petitioner on August 26, 2002.

2. On September 16, 2002, the Defendant, J.C. Penney Corporation, Inc. (the only Defendant at that time) filed its Petition for Removal.

3. On September 17, 2002, the case was referred to the Honorable John. H. Moore and assigned the civil case number: 3:02-cv-886-J-16HTSU.

4. On or about November 4, 2002, the Plaintiffs dismissed the case without prejudice and the Order of Dismissal was entered on November 12, 2002.

5. On or about June 13, 2003, the Plaintiffs filed an Amended Complaint against the Petitioners in the Circuit Court of Columbia County, Florida, styled _Forest and Betty Combs, Plaintiffs v. J.C.Penney_

Corporation, Inc., and Chris Calise, Defendants Case No.: 03-271-CA. A Summons and Complaint were served upon Petitioner, Chris Calise, on June 13, 2003. Copies of the Summons and Complaint are attached hereto as Exhibits A and B. A Summons and Complaint were served upon Petitioner, J.C. Penney Corporation, on June 17, 2003 Copies of the Summons and Complaint are attached hereto as Exhibits C and D.

6. The only substantive change in the Amended Complaint is that Chris Calise, a store manager for JC Penney Corporation, was added as a party Defendant.

7. Upon information and belief, the Plaintiffs reside in Lake City, Florida and are citizens of the State of Florida.

8. The Defendant, J.C. Penney Corporation, Inc., is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Plano, Texas.

9. The Defendant, Chris Calise, resides in Lake City, Florida and is a citizen of the State of Florida. However, in that there is no reasonable basis under Florida law to impose liability on Mr. Calise, a store employee, in that he had no personal involvement in the events giving rise to the subject incident, Mr. Calise's joinder to defeat diversity is improper and should not preclude removal of this case from state court. This petition will be supplemented with an affidavit from Chris Calise.

10. For purposes of removal, all properly considered parties are citizens of different states.

11. The underlying action is a civil action in which Plaintiffs seek damages for permanent bodily injury, pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The Plaintiffs also seek damages for loss of consortium.

12. Upon previous representation, the Plaintiff's injuries will require surgery to the cervical spine and Plaintiff will be seeking damages in excess of $75,000.00.

13. This action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. §1332, and this action may properly be removed in accordance with 28 U.S.C. §1441 (a).

14. This Notice of Removal is being filed within thirty (30) calendar days of service of the Complaint herein.

15. Written notice of the filing of this Petition will be given to adverse parties as required by law.

16. A true copy of this Petition will be filed with the Clerk of the Circuit Court of Columbia County as provided by law.

WHEREFORE, the Defendants, J.C. Penney Corporation, Inc. and Chris Calise, respectfully request that the above-entitled action be removed to this court.

### CERTIFICATE OF SERVICE

I DO CERTIFY that a copy hereof has been furnished by mail this 3rd day of July, 2003, to **W. RODERICK BOWDOIN**, 285 N.E. Hernando Avenue, Post Office Drawer 1707, Lake City, Florida, 32056-1701.

BOYD & JENERETTE, P.A.

_____
ANDREW H. NACHMAN
Florida Bar No. 870470
231 E. Adams Street
Jacksonville, FL 32202
(904) 353-6241
Attorneys for J.C. Penney Corporation, Inc.
and Chris Calise

# EXHIBIT A

```
                                          IN THE CIRCUIT COURT, THIRD
                                          JUDICIAL CIRCUIT, IN AND FOR
                                          COLUMBIA COUNTY, FLORIDA
```

FOREST COMBS and
BETTY COMBS,
    Plaintiffs,

CASE NUMBER: 03-271-CA

vs.

J. C. PENNEY CORPORATION, INC.,
f/k/a J. C. PENNEY COMPANY, INC.,
and CHRIS CALISE,
    Defendants.
_____/

Served by: Jeremy P. Stinson
Certified Process Server: #03-04-6722
Third Judicial Circuit of Florida
P.O. Box 248 · White Springs, FL 32096
Served on: 6-13-03 at 10:55 a.m.
SUMMONS: Served at: W. U.S. Hwy 90 Lake City, FL.
PERSONAL SERVICE ON AN INDIVIDUAL
IMPORTANT

SERVE:    CHRIS CALISE
        c/o J. C. Penney
        West U.S. Highway 90
        Lake City, Florida

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorneys" named below.

W. Roderick Bowdoin
DARBY, PEELE, BOWDOIN & PAYNE
Post Office Drawer 1707
Lake City, Florida 32056-1707
Telephone: (386) 752-4120

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.

DATED on June 11, 2003.

(COURT SEAL)

P. DeWitt Cason
Clerk of Court

_Deborah Houoch_
Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Nancy Nydam, Court Administrator, at the Columbia County Courthouse, North Hernando Street, Lake City, Florida (386) 758-2163 within two (2) working days of your receipt of this Summons; if you are hearing impaired, call 1-800-955-8771; if you are voice impaired, call 1-800-955-8770.

(See attached sheet for Spanish and French versions.)

**EXHIBIT B**

# EXHIBIT C



**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

| | | |
|---|---|---|
| 1192  C.T. CORPORATION SYSTEM, REG. AGENT | | 03-041233 |
| COMBS, ETAL, FOREST vs. J.C. PENNEY CORPORATION INC., ET.03-27@CA | | |
| AND SUMMONS/COMPLAINT    vs.   CIRCUIT/COLUMBIA | | |
| TYPE OF WRIT | COURT | HEARING DATE |
| J.C. PENNEY CORPORATION INC. | 1200 S. PINE ISLAND ROAD | |
| SERVE | PLANTATION, FL 33324 | |
| F/K/A J.C. PENNEY COMPANY INC. | | |

Received this process on __6/16/03__

206938
DARBY, PEELE, BOWDOIN & PAYNE
P.O. DRAWER 1707
LAKE CITY , FL 32056-1707

☑ Served
☐ Not Served – see comments

Date __6-17-03__   Time __1130A__

2059   Attorney
J.C. PENNEY CORPORATE F/K/A J.C. PENNEY COMPANY INC., in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

**INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:

_____, in accordance with F.S. 48.031(1)(a)

To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**

To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

To __C.T. Corp Sys__, as employee of defendant corporation in accordance with F.S. 48.081(3)

To _____ as resident agent of said corporation in accordance with F.S. 48.091

**PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

**POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

**POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

**OTHER RETURN:** See comments

TS: _____

now check the status of your writ
ng the Broward Sheriff's Office
at www.sheriff.org and clicking
on "Service Inquiry"

KEN JENNE, SHERIFF
BROWARD COUNTY, FLORIDA

BY: __Osborne 1197__ D.S.

ORIGINAL

**EXHIBIT D**

IN THE CIRCUIT COURT, THIRD
JUDICIAL CIRCUIT, IN AND FOR
COLUMBIA COUNTY, FLORIDA

FOREST COMBS and
BETTY COMBS,

CASE NUMBER:   03-272-CA

    Plaintiffs,

vs.

J. C. PENNEY CORPORATION, INC.,
f/k/a J. C. PENNEY COMPANY, INC.,
and CHRIS CALISE,

    Defendants.
_____/

## AMENDED COMPLAINT

Plaintiffs, Forest Combs and Betty Combs, sue Defendants, J. C. Penney Corporation, Inc., f/k/a J. C. Penney Company, Inc., and Chris Calise, and allege:

### COUNT I

1.    This is an action for damages which exceed $15,000.00.

2.    On or about January 14, 2002, Defendant, J. C. Penney Corporation, Inc., was the operator of the J. C. Penney store in Lake City, Florida, and was in possession of such store and business premises on U.S. Highway 90 West in Lake City, Florida, that was used as a retail clothing and goods store.

3.    At that time and place, Plaintiff, Forest Combs, went on the property of Defendant, J. C. Penney Corporation, Inc., as a business invitee to purchase goods at the store.

4. Defendant, J. C. Penney Corporation, Inc., negligently maintained the floors inside the rear entrance way to the store by allowing said floors to be wet and slippery and by not warning Plaintiff, Forest Combs, and other members of the public of the dangerous condition of the floors inside the rear entrance way to the store. As a result, Plaintiff, Forest Combs, fell on the property.

5. The negligent condition was known to Defendant, J. C. Penney Corporation, Inc., or had existed for a sufficient length of time so that such Defendant should have known of it.

6. As a result of the fall, Plaintiff, Forest Combs, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, Forest Combs, will suffer the losses in the future.

WHEREFORE, Plaintiffs demand judgment for damages against Defendant, J. C. Penney Corporation, Inc., court costs, trial by jury, and such other relief as this court deems just.

### COUNT II

7. Plaintiffs reallege and incorporate by reference the allegations of Count I above.

8. At the time and place described above, Defendant, Chris Calise, was the assistant manager, manager, or manager in charge of the premises where Plaintiff, Forest Combs, fell and was injured.

9.     Defendant, Chris Calise, knew of the negligent condition or such condition had existed for a sufficient length of time so that Defendant, Chris Calise, should have known of it.

WHEREFORE, Plaintiffs demand judgment for damages against Defendant, Chris Calise, court costs, trial by jury, and such other relief as this court deems just.

### COUNT III

10.     Plaintiffs reallege and incorporate by reference the allegations of Count I above, with the exception of paragraph 5.

11.     Defendant, J. C. Penney Corporation, Inc., which was in possession or control of the business premises where Plaintiff, Forest Combs, fell, acted negligently by failing to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises.

12.     Defendant, J. C. Penney Corporation, Inc., thereby breached its duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of business invitees on the premises which included a failure to conduct reasonable efforts to keep the premises free from transitory foreign substances, in this case water, that might foreseeably give rise to loss, injury, or damage.

WHEREFORE, Plaintiffs demand judgment for damages against Defendant, J. C. Penney Corporation, Inc., court costs, trial by jury, and such other relief as this court deems just.

### COUNT IV

13.     Plaintiffs reallege and incorporate by reference the allegations of Count III above and the allegations of Count I above, with the exception of paragraph 5.

14. Defendant, Chris Calise, as the manager, assistant manager, or manager in charge of the premises at the time of the incident involving Plaintiff, Forest Combs, was in control of the business premises where Plaintiff, Forest Combs, fell and said Defendant acted negligently by failing to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises.

15. Defendant, Chris Calise, thereby breached his duty of reasonable care to see that the premises were maintained in a reasonably safe condition for the safety of business invitees on the premises which included a failure to conduct reasonable efforts to keep the premises free from transitory foreign substances, in this case water, that might foreseeably give rise to loss, injury, or damage.

WHEREFORE, Plaintiffs demand judgment for damages against Defendant, Chris Calise, court costs, trial by jury, and such other relief as this court deems just.

### COUNT V

16. Plaintiff, Betty Combs, realleges and incorporates by reference the allegations of Counts I, II, III, and IV above.

17. Plaintiffs, Forest Combs and Betty Combs, were married at the time of the incident described above and have remained married continuously from such time to the present.

18. As a result of the injuries suffered by her husband, Plaintiff, Betty Combs, has lost the services, comfort, society, companionship, and consortium of her husband from the date of the accident to the present and will suffer such losses in the future.

WHEREFORE, Plaintiff, Betty Combs, demands judgment for damages against Defendants, J. C. Penney Corporation, Inc., and Chris Calise, court costs, trial by jury, and such other relief as this court deems just.

DARBY, PEELE, BOWDOIN & PAYNE

By: _____
W. Roderick Bowdoin
Florida Bar No.: 172237
285 N.E. Hernando Avenue
Post Office Drawer 1707
Lake City, Florida 32056-1707
Telephone: (386) 752-4120
Facsimile: (386) 755-4569
Attorneys for Plaintiffs